```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
MACK USA, INC., ET AL.,
                                              23-cv-7476 (JGK)
                    Plaintiffs,
                                              ORDER
     - against -

UNITED STATES DEPARTMENT OF LABOR,
ET AL.,

                    Defendants.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

As discussed at the telephone conference held today, the plaintiffs' application for a temporary restraining order is **denied without prejudice** as moot in light of the fact that the Department of Labor does not intend to pursue collection efforts until the issuance of a decision on the plaintiffs' request for a preliminary injunction. The plaintiffs may submit additional information regarding plaintiff Mujeeb Rahman's alleged risk of bankruptcy by **August 30, 2023.** The Government may take prompt discovery on such disclosure if it wishes.

The Government should respond in writing to the plaintiffs' application for a preliminary injunction by **September 7, 2023.** The plaintiffs may reply by **September 15, 2023.** If the Court decides that oral argument on the application is necessary, such argument will be held on **September 21, 2023,** at **2:30 p.m.**

**SO ORDERED.**

**Dated: New York, New York**
**August 24, 2023**

　　　　　　　　　　　　　　　　　　　　　/s/ John G. Koeltl
　　　　　　　　　　　　　　　　　　　　**John G. Koeltl**
　　　　　　　　　　　　　　**United States District Judge**