UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MACKS USA, INC., ET AL.,

        Plaintiffs,

- against -

UNITED STATES DEPARTMENT OF LABOR, ET AL.,

        Defendants.

23-cv-7476 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear via telephone tomorrow, **September 21, 2023**, at **2:30 p.m.**, for oral argument on the preliminary injunction.

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            September 20, 2023

                                          /s/ John G. Koeltl
                                            John G. Koeltl
                                    United States District Judge