UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MACKS USA, INC., ET AL.,

               Plaintiffs,

    - against -

UNITED STATES DEPARTMENT OF LABOR,
ET AL.,

               Defendants.

23-cv-7476 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by

November 22, 2023.


SO ORDERED.

Dated:    New York, New York
         November 7, 2023

                        John G. Koeltl
               United States District Judge