UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MACKS USA, INC., ET AL.,

              Plaintiffs,

   - against -

UNITED STATES DEPARTMENT OF LABOR, ET AL.,

              Defendants.

23-cv-7476 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **February 7, 2024**, at **12:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            January 29, 2024

                                              John G. Koeltl
                                    United States District Judge