UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MACKS USA, INC., ET AL.,

        Plaintiffs,

- against -

UNITED STATES DEPARTMENT OF LABOR, ET AL.,

        Defendants.

23-cv-7476 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff should advise the Court whether there will be any change in counsel by **March 8, 2024**.

    The defendants' motion for summary judgment is due **March 15, 2024**. The plaintiffs' opposition is due **April 12, 2024**. The reply is due **April 26, 2024**. No Local Rule 56.1 Statements are necessary.

SO ORDERED.

Dated:    New York, New York
            February 7, 2024

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                                 United States District Judge