```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MACKS USA, INC., ET AL.,

                     23-cv-7476 (JGK)

        Plaintiffs,

                     ORDER

    - against -

U.S. DEPARTMENT OF LABOR, ET AL.,

        Defendants.

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear, by phone, for a case-management conference on **Wednesday, October 23, 2024**, at **12:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           October 15, 2024

                                           John G. Koeltl
                                   United States District Judge