UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MACKS USA, INC., ET AL.,

           Plaintiffs,

- against -

U.S. DEPARTMENT OF LABOR, ET AL.,

           Defendants.

---

23-cv-7476 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The Court held a telephone conference in this case on October 23, 2024. The plaintiff Mujeeb Rahman appeared pro se. However, counsel for the plaintiffs Macks USA, Inc. and Rahman, Ronald Barry Weisenberg, did not appear.

    Previously, on September 5, 2024, Mr. Weisenberg submitted a letter to the Court in which he expressed his desire to withdraw as counsel for the plaintiffs in the case. ECF No. 58. On September 6, 2024, the Court issued an order noting that counsel can only withdraw with Court permission which has not yet been granted. ECF No. 59. The Court further noted that a corporation cannot appear pro se and must appear by counsel or risk having a default judgment entered against it. Id.

    The September 6, 2024 order directed the plaintiff Macks USA, Inc. to appear by new counsel by October 7, 2024, and the plaintiff Mujeeb Rahman to appear by new counsel or file a

notice of pro se appearance by October 7, 2024. To date, the plaintiffs have not appeared by new counsel and Mr. Rahman has not filed a notice of pro se appearance.

The parties are directed to appear, by phone, for a case-management conference on **Tuesday, November 12, 2024, at 11:30 a.m.** Dial-in: 888-363-4749, with access code 8140049. Mr. Weisenberg is reminded that he continues to represent the plaintiffs and must appear in this case until the Court grants him permission to withdraw. That permission has not yet been granted.

A court reporter was not present at the October 23, 2024 telephone conference. Therefore, the parties do not need to obtain a transcript of the conference.

The Clerk is directed to email to the plaintiff Rahman at mrah8@aol.com: (1) a copy of this Order; (2) a copy of the September 5, 2024 letter (ECF No. 58); and (3) a copy of the Court's September 6, 2024 order (ECF No. 59).

**SO ORDERED.**

**Dated:** **New York, New York**
**October 23, 2024**

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

2