**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
MACKS USA, INC. , ET AL.,

                         Plaintiff,                              23 **CIVIL** 7476 (JGK)

        -against-                                                **JUDGMENT**

U.S. DEPARTMENT OF LABOR, ET AL.,

                         Defendants.
-------------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated December 23, 2024, Defendants' motion for summary judgment

is GRANTED. Judgment is entered (1) In favor of the defendants Julie A. Su, Acting Secretary,

United States Department of Labor, and the United States Department of Labor, and against the

plaintiffs Macks USA, Inc. and Mujeeb Rahman, jointly and severally, for back wages owed to

the United States in the amount of $147,781.44, plus pre - judgment interest in the amount of

$97, 684.13 plus $53.34 per diem after December 10, 2024 until the final judgment is entered in

this case in the amount of $800.10; plus post - judgment interest pursuant to 28 U.S. C. § 1961(a)

which will accrue from the date of the final judgment in this case ; and (2 ) In favor of the

defendants Julie A. Su, Acting Secretary, United States Department of Labor, and the United

States Department of Labor, and against the plaintiffs Macks USA, Inc. and Mujeeb Rahman,

jointly and severally, for a civil monetary penalty owed to the United States in the amount of

$2,500.00. Accordingly, the case is closed.

**Dated:**  New York, New York                        TAMMI M HELLWIG
           December 26, 2024                           CLERK OF COURT


                                                      By_____
                                                         Deputy Clerk